IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01163-PSF-CBS

QFA ROYALTIES LLC, and
QIP HOLDER LLC,

    Plaintiffs,

v.

HOMER S. TOWNSEND, and
DALE R. TOWNSEND,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER comes before the court on Plaintiffs' Agreed Motion to Stay the Case, Vacate Hearing and Vacate Status Conference (*doc. no. 7*). This court will GRANT the motion <u>only</u> to the extent it requests vacating the August 8, 2006, status conference. Accordingly,

IT IS ORDERED that the August 8, 2006, telephonic status conference is **VACATED**.

**DATED:**     July 12, 2006