IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01163-PSF-CBS

QFA ROYALTIES LLC and
QIP HOLDER LLC,

     Plaintiffs,

v.

HOMER S. TOWNSEND; and
DALE R. TOWNSEND,

     Defendants.

---

## ORDER RE: MOTION TO STAY CASE

---

The Court having reviewed Plaintiffs' Unopposed Motion to Motion to Stay the Case, Vacate Hearing and Vacate Status Conference (Dkt. # 7) and the file in this matter, and being fully advised does hereby

ORDER that the hearing on Plaintiffs' Motion for Preliminary Injunction set for July 20, 2006 at 1:30 p.m. is VACATED and the case is STAYED.

IT IS FURTHER ORDERED that plaintiffs' counsel and defendants (or defendants' counsel if such counsel enter their appearances) shall appear in person before the undersigned district judge for a status conference on **Friday, September 29, 2006, at 8:30 a.m.,** if dismissal papers are not filed by September 22, 2006.

DATED: July 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge