IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                            JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes                Date: September 29, 2006
Court Reporter: Darlene Martinez


Civil Action No. 06-cv-01163-PSF-CBS


*Parties:*                                        *Counsel:*

QFA ROYALTIES LLC, and                            Leonard MacPhee
QIP HOLDER LLC,

    Plaintiffs,

v.

HOMER S. TOWNSEND; and
DALE R. TOWNSEND,

    Defendants.

_____

                              **COURTROOM MINUTES**
_____

HEARING: Status Conference

**8:44 a.m.**    **Court in session.**

Mr. MacPhee made a record regarding the communications with Mr. Stayner as to the time of this hearing.

**Exhibits:**    Court 1 - September 28, 2006, 2:46 p.m. e-mail.
             Court 2 - September 28, 2006, 2:40 p.m. e-mail.
             Court 3 - September 28, 2006, 11:47 a.m. e-mail.

**ORDER:**    Plaintiffs' Motion for Preliminary Injunction **(2)** is **denied.**

**ORDER:**    Plaintiffs' Agreed Motion to Vacate Status Conference **(14)** is **denied.**

**ORDER:** Plaintiff's Oral Motion to Withdraw Chantell Taylor as Plaintiff's Counsel is **granted.**

8:50 a.m.   Mr. Brent Stayner appeared by phone and stated that he is not representing the defendants.

9:02 a.m.   Dave Townsend appears by phone.

Mr. MacPhee and Mr. Townsend advised the Court as to the status of the case.

**ORDER:** Based on the record that was made in open court, the clerk of the court is directed to administratively close the case **without prejudice.**

**9:21 a.m.   Court in recess/hearing concluded.**

Total in-court time: 00:37.

Attachments.